UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,          CASE NO.: 06-CR-20584-FL

ORLANDO McCORD,          HON. PAUL V. GADOLA
                                                     MAG. JUDGE STEVEN D. PEPE
          Defendant.
_____/

**ORDER CONTINUING
ORDER OF DETENTION**

        The defendant appeared before this Court on November 17, 2006, based upon a Indictment charging him with possession with intent to distribute five or more grams of cocaine base, possession with intent to distribute marijuana, and possession of a firearm, all in violation of 21 U.S.C. § 841(a)(1); 18:924 ( c ), and 18:922(k).  The Defendant was subsequently ordered temporarily detained, and a detention hearing was scheduled for November 20, 2006. At that hearing Magistrate Judge Wallace Capel, Jr., found that the defendant has two prior state court felony convictions which involved illegal drugs.  The defendant also had violated the terms of his state court probation; and the instant offense appears to have been committed a short time after he was discharged from his state court criminal matter.  Magistrate Judge Capel further found that the defendant did pose a danger to the community based upon his prior criminal history, and the nature of the current offenses.

        On December 12, 2006, the attorney for the defendant filed a Motion For Reconsideration of Order of Detention, D/E # 13.  A response to the motion by the government has been filed.

        For the reasons stated on the record at the hearing, I find that there is no reason to reverse the order of the detention currently pending in this matter.

As noted at the hearing, the defendant is facing a lengthy term of incarceration based upon the nature of the charges against him; he has failed to abide by previous court orders; and the inclination to not appear in court on this matter remains high.

Accordingly, the order of previously entered in this matter shall remain in effect.

The defendant is hereby remanded to the custody of the United States Marshal.

**IT IS SO ORDERED.**

**DATED: December 22, 2006**          s/Steven D. Pepe
                                      **STEVEN D. PEPE**
                                      **UNITED STATES MAGISTRATE JUDGE**

### CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2006 , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: James C. Mitchell, AUSA, Robert Haviland, AUSA, Kenneth Sasse Esq., Federal Defender Office , and I hereby certify that I have hand delivered/ mailed by United States Postal Service the paper to the following non-ECF participants:  United States Marshal, 600 Church St., Flint, MI 48502, Pretrial Services Officer, 600 Church St., Flint, MI 48502

                                      s/James P. Peltier
                                      James P. Peltier
                                      Courtroom Deputy Clerk
                                      U.S. District Court
                                      600 Church St.
                                      Flint, MI 48502
                                      810-341-7850
                                      pete_peltier@mied.uscourts.gov